PEOPLE v. SEALES

CRIMINAL LAW—APPEAL AND ERROR—PLEA OF GUILTY—PRELIMINARY
EXAMINATION.
 Trial court had a factual basis for a plea of guilty of attempted
 larceny from a person where a preliminary examination
 transcript establishes the crime and defendant's participation
 therein (MCLA §§ 750.92, 750.357).

Appeal from Recorder's Court of Detroit, Robert
J. Colombo, J. Submitted Division 1 August 4, 1970,
at Detroit. (Docket No. 8,647.) Decided August 28,
1970.

Phil Seales was convicted, on his plea of guilty, of
attempted larceny from the person. Defendant ap-
peals. People's motion to affirm granted.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *William L. Cahalan,*
Prosecuting Attorney, *Dominick R. Carnovale,*
Chief, Appellate Department, and *Gerard A. Poehl-
man,* Assistant Prosecuting Attorney, for the people.

*Armand D. Bove,* for defendant on appeal.

Before: T. M. BURNS, P. J., and R. B. BURNS and
FITZGERALD, JJ.

REFERENCE FOR POINTS IN HEADNOTE
21 Am Jur 2d, Criminal Law § 484 *et seq.*

PER CURIAM. Defendant while represented by counsel pled guilty to the included offense of attempted larceny from a person contrary to MCLA § 750.92 (Stat Ann 1962 Rev § 28.287); MCLA § 750-.357 (Stat Ann 1954 Rev § 28.589). On June 9, 1969, defendant was sentenced to a term of two to five years imprisonment by Judge Robert J. Colombo of the Recorder's Court. With the assistance of court-appointed appellate counsel, defendant has timely filed a claim of appeal grounded solely on the contention that the lower court erred in accepting the plea, having failed to examine the defendant as to the facts of the crime and his participation therein contrary to the rule enunciated in *People* v. *Barrows* (1959), 358 Mich 267. The people have filed a motion to affirm the conviction.

A review of the record discloses a preliminary examination transcript which establishes the crime and defendant's participation therein. With this information at hand, it is clear that the trial court had a factual basis for the plea. *People* v. *Bartlett* (1969), 17 Mich App 205; *People* v. *Combs* (1968), 15 Mich App 450.

The motion to affirm is granted.